**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**KIMBERLY ROSS**

**VERSUS**

**ANDREW M. SAUL**
**COMMISSIONER OF SOCIAL SECURITY**

**CIVIL ACTION**

**NO. 20-629-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 17, 2022, (Doc.17), to which an objection (Doc. 18) was filed and considered;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 11) is DENIED, the decision of the Commissioner is AFFIRMED, and Plaintiff's appeal is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 16, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**